UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMELIE RODRIGUEZ,

    Plaintiff,

v.                        Case No. 8:07-cv-1693-T-24 TBM

FOUNTAIN BRIDGE DEVELOPERS,
LLC,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Motion for Entry of Order of Dismissal with Prejudice (Doc. No. 10), in which the parties inform the Court that this Fair Labor Standards Act case has settled. In order for the case to be settled, however, Plaintiff must submit the settlement agreement and file a motion to approve the settlement. See Lynn's Food Stores, Inc. v. U.S. by and through U.S. Department of Labor, 679 F.2d 1350 (11th Cir. 1982). As such, Plaintiff is directed to file the settlement agreement and a motion to approve the settlement by December 31, 2007.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion for Entry of Order of Dismissal with Prejudice (Doc. No. 10) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of December, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record