UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMELIE RODRIGUEZ,

    Plaintiff,

v.                                          Case No. 8:07-cv-1693-T-24 TBM

FOUNTAIN BRIDGE DEVELOPERS,
LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Reconsideration of Court's Denial of Joint Motion for Entry of Order of Dismissal with Prejudice (Doc. No. 12). In denying the joint motion for an entry of order of dismissal with prejudice, this Court noted that in order for the case to be settled, Plaintiff must submit the settlement agreement and file a motion to approve the settlement. *See Lynn's Food Stores, Inc. v. U.S. by and through U.S. Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). The parties argue that *Lynn's Food Stores* is not applicable to the instant case because "Plaintiff is not "compromising" any claims for back wages under the Fair Labor Standards Act because she was paid in full for any wages she was presumably due from Defendant." The Court disagrees with the parties' interpretation of the *Lynn's Food Stores* holding, and finds that Plaintiff must present the proposed settlement to the Court for the Court's approval. As such, Plaintiff is directed to file the settlement agreement and a motion to approve the settlement by December 31, 2007.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion for Reconsideration of Court's Denial of Joint Motion for Entry of Order of Dismissal with Prejudice (Doc. No. 12) is **DENIED**.

2

**DONE AND ORDERED** at Tampa, Florida, this 19th day of December, 2007.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge